RE: Fermina Martinez Franco                                                                                 Case # 20-12118 AJC

**<u>TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)</u>**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 3/20/20

✔ Tax returns: 2019                              Corporate Tax Returns:

✔ Photo ID              LF 90              LF 67        LF 10

   Plan does not fund properly

   Calculation errors       Missing months/amounts       Inconsistent terms       Plan form completed incorrectly

   Attorney fee itemization or Fee Application needed (see court guideline 6)

✔ Missing 2016(B)

   Other provisions:       IVL              100%          Lawsuit        Gambling       MMM

✔ Reaffirm, redeem or surrender Sch D or G creditor: Club Exploria Llc

   MMM Motion not filed       Valuation motion not filed              Lien Avoidance motion not filed

   Priority debt on Schedule E not in plan:

   Creditor in Plan is not listed in Schedules or has not filed a POC:

   Creditor paid through the Plan has not filed a POC:

   Object or Conform to Proof of Claim:    Miami-Dade County       Tax Certificate (DE#   )     Dept of Revenue
        IRS
   OTHER PLAN ISSUES:




✔ Real Estate FMV and Payoff: TIMESHARE
✔ Non-Homestead Information Sheet:  TIMESHARE
✔ Vehicles FMV (NADA/Carmax), Reg and Payoff:
   Other:
✔ Bank Account Statements     3 months pre-petition #7629/3074 (1/16-2/17)



✔ Copy of check(s) and/or explanation: #167 $1315, #169 $1315
   Explanation of withdrawal(s):
✔ 401K/Retirement/Pension                    Annuity                    Life Insurance Policy
   Domestic Support Obligation form complete with info: name, address and phone
✔ Wage deduction order or Motion to waive
   BDQ & attachments              Profit/loss      Balance Sheet
   Business Bank statements and checks     3 months pre-petition



   Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was    served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*